No. 877.  ESSLEY SHIRT Co., INC. *v.* CELANESE CORPORATION; and

No. 878.  TRUBENIZING PROCESS CORP. *v.* JACOBSON ET AL.  On petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit.  May 15, 1939. Dismissed on motion of counsel for the petitioners.  *Mr. Merrell E. Clark* for petitioners.  No appearance for respondents.  Reported below: 98 F. 2d 895, 899.

No. 934.  SOUTHERN PHOSPHATE CORP. *v.* PHOSPHATE RECOVERY CORP.  On petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit.  May 29, 1939.  Dismissed, per stipulation, on motion of counsel for the petitioner.  *Messrs. William H. Davis* and *George E. Faithfull* for petitioner.  *Messrs. Hugh M. Morris* and *Henry D. Williams* for respondent.

No. 342.  LOWDEN, ET AL., TRUSTEES, *v.* SIMONDS-SHIELDS-LONSDALE GRAIN CO.  April 24, 1939.  306 U. S. 516.

No. 432.  UNITED STATES ET AL. *v.* MAHER, DOING BUSINESS AS INTERSTATE BUSSES.  May 15, 1939.  *Ante,* p. 148.

No. 462.  HIGGINBOTHAM *v.* CITY OF BATON ROUGE. May 15, 1939.  306 U. S. 535.